IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-206-BO-2

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RAMONE HAISON ETHRIDGE | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion for Sequestration of Government's Witnesses and for the Requirement that the Government Designate One Case Agent. The Defendant's Motion is GRANTED.

The Government is ORDERED to sequester all witnesses and potential witnesses during the trial that the Government intends to call at trial. The Government is further ORDERED to designate one case agent as its "representative" for the duration of the Defendant's trial and to sequester all other law enforcement officers from hearing other witness's testimonies for the duration of the Defendant's trial. *See United States v. Farnham*, 791 F.2d 331, 334-335 (4th Cir. 1995) (providing for the exclusion of witnesses, at the request of a party, as a matter of right).

SO ORDERED, this ___ day of July, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE