UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:10-CR-206-2BO

United States of America

vs.                                                   ORDER

**RAMONE HAISON ETHRIDGE**

    IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to _Fred Adams_, ATF and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Govt's Exhibit(s): # 41 - Stolen Gun # 1 - AR-15 Rifle
Govt's Exhibit(s): # 42 - Stolen Gun #2 - Shotgun
Govt's Exhibit(s): # 43 - Ammunition from Stolen Gun #2


This 13th day of July, 2011 Exhibit received by:


_Fred Adams_
Print name

_[signature]_
Sign name


July 14, 2011                       _[signature]_
                                    TERRENCE W. BOYLE
                                    U. S. DISTRICT JUDGE