IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-206-2-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| ROMONE HAISON ETHRIDGE | ) | O R D E R |
| | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion to Eye Witness Identification. (E # 104). The Motion is DENIED as moot.

Defendant's Motion requests suppression of the eye witness testimony of witness Niki Greenlief at his criminal trial. Defendant's criminal trial occurred on July 13, 2011 and the Government never sought to admit the disputed evidence. Thus, Defendant's Motion is DENIED as moot.

SO ORDERED, this _____ day of July, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE