IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-206-BO-2

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RAMONE HAISON ETHRIDGE | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion for Judgment of Acquittal after Guilty Verdict. The Motion is DENIED.

The trial of this matter began on July 12, 2011. The jury returned a verdict of guilty on July 13, 2011, to both counts of the indictment. The first count was for possession of a firearm by felon, and aiding and abetting, 18 U.S.C. §§ 922(g)(1),924, and 2. The second count was for possession of stolen firearms, and aiding and abetting, 18 U.S.C.§§ 922(j), 924, and 2.

The Court should deny acquittal if "*any* rational trier of fact could have found beyond the essential elements of the crime beyond a reasonable doubt." United States v. Fisher, 912 F. 2d 728, 730 (4th cir. 1990), quoting Jackson v. Virginia, 443 U.S. 307, 319 (1979). A defendant challenging a conviction for the sufficiency of the evidence bears a "heavy burden." United States v. Thornton, 2006 WL 3591902 *3 (4th cir.), citing, United States v. Hoyte, 51 F.3d 1239, 1245 (4th cir. 1995). "[A] decision to reverse for insufficient evidence will be confined to cases where the prosecution's failure is clear." Id., quoting, Burks v. United States, 437 U.S. 1, 17 (1978).

Here, the Defendant does not provide any reason or any legal basis for the Motion. Nor does the Court find any such reason or basis. The Government presented amble evidence to allow a rational trier of fact to convict the Defendant. Defendant's Motion is thus denied.

SO ORDERED, this 23 day of July, 2011.

                                                                    TERRENCE W. BOYLE
                                                                    UNITED STATES DISTRICT JUDGE