UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-206-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAMONE HAISON ETHRIDGE, | ) | |
| Defendant | ) | |

Before the Court is a motion by counsel for the Defendant requesting permission to withdraw as Mr. Ethridge's lawyer. For good cause shown, the motion is ALLOWED.

Based on the foregoing it is therefore ORDERED, as follows: Mr. John Keating Wiles is withdrawn as counsel for the Defendant. The Federal Public Defender is DIRECTED to appoint new counsel for Mr. Ethridge on or before Sept. 1, 2011.

This 4 August 2011.

TERRENCE W. BOYLE
U.S. District Judge